.

.